# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUTOMEKANICA INC | § | Case No. 08-71398 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on         . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-71398 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | AUTOMEKANICA INC | | | Date Filed (f) or Converted (c): | 05/02/08 (f) |
| | | | | 341(a) Meeting Date: | 06/26/08 |
| For Period Ending: | 06/25/10 | | | Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account 1117747 | 350.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account 445006021 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE INCLUDED W/ASSET #6 | 5,000.00 | 8,731.33 | | 8,731.33 | FA |
| 4. Trailer (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous office equipment | 750.00 | 0.00 | DA | 0.00 | FA |
| 6. Inventory, equipment, tools and supplies SEE ITEM 3 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | 2.40 | | 2.42 | FA |

TOTALS (Excluding Unknown Values)     $42,100.00     $8,733.73     $8,733.75

Gross Value of Remaining Assets     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/09     Current Projected Date of Final Report (TFR): 10/01/10

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-71398 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | AUTOMEKANICA INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1114 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4986 | | | |
| For Period Ending: | 06/25/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 916.33 | | 916.33 |
| 11/13/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 800.00 | | 1,716.33 |
| 11/28/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.09 | | 1,716.42 |
| 12/04/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 833.00 | | 2,549.42 |
| 12/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 2,549.54 |
| 01/28/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 833.00 | | 3,382.54 |
| 01/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,382.56 |
| 02/27/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,382.59 |
| 03/24/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 833.00 | | 4,215.59 |
| 03/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,215.62 |
| 04/14/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 833.00 | | 5,048.62 |
| 04/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 5,048.72 |
| 05/29/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,048.84 |
| * 06/15/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. | 1129-003 | 833.00 | | 5,881.84 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 6.56 | 5,875.28 |
| 06/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,875.42 |
| 07/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,875.55 |
| * 08/25/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. NSF | 1129-003 | -833.00 | | 5,042.55 |
| 08/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,042.68 |
| 09/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,042.80 |
| 10/06/09 | 3 | CHRISTINE BRABEC 1814 N. US HWY 12 SPRING GROVE, IL 60081 | COURT ORDER INSTALLMENT | 1129-000 | 300.00 | | 5,342.80 |
| 10/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,342.93 |
| 11/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,343.07 |
| | | | Page Subtotals | | 5,349.63 | 6.56 | |

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-71398 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | AUTOMEKANICA INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1114  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4986 | | | |
| For Period Ending: | 06/25/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 450.00 | | 5,793.07 |
| 12/10/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 600.00 | | 6,393.07 |
| 12/16/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL | 1129-000 | 333.00 | | 6,726.07 |
| 12/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,726.23 |
| 01/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,726.40 |
| 02/26/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,726.55 |
| 03/23/10 | 3 | CHRISTINE BRABEC | SETTLEMENT PROCEEDS | 1129-000 | 2,000.00 | | 8,726.55 |
| 03/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 8,726.73 |
| 04/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,726.95 |
| 05/28/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,727.17 |
| 06/03/10 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,727.19 |
| 06/03/10 | | Transfer to Acct #*******1703 | Final Posting Transfer | 9999-000 | | 8,727.19 | 0.00 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 8,733.75 | 8,733.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,727.19 | |
| Subtotal | 8,733.75 | 6.56 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,733.75 | 6.56 | |

Page Subtotals     3,384.12     8,727.19

Ver: 15.09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-71398 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | AUTOMEKANICA INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1703 GENERAL CHECKING |
| Taxpayer ID No: | *******4986 | | | |
| For Period Ending: | 06/25/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/10 | | Transfer from Acct #*******1114 | Transfer In From MMA Account | 9999-000 | 8,727.19 | | 8,727.19 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 8,727.19 | 0.00 | 8,727.19 |
| Less: Bank Transfers/CD's | 8,727.19 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1114 | 8,733.75 | 6.56 | 0.00 |
| GENERAL CHECKING - *******1703 | 0.00 | 0.00 | 8,727.19 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,733.75 | 6.56 | 8,727.19 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  8,727.19  0.00

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-71398  
Debtor Name: AUTOMEKANICA INC  
Page 1  
Claim Class Sequence  
Date: June 25, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,319.00 | $0.00 | $2,319.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $100.46 | $0.00 | $100.46 |
| 000001B 056 5600-00 | Larry Phillips<br>c/o Steven Greely, Esq.<br>POB 5<br>Marengo, IL 60152-0005 | Priority | | $2,425.00 | $0.00 | $2,425.00 |
| 000004B 058 5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $1,381.48 | $0.00 | $1,381.48 |
| 000001A 070 7100-00 | Larry Phillips<br>c/o Steven Greely, Esq.<br>POB 5<br>Marengo, IL 60152-0005 | Unsecured | | $11,508.16 | $0.00 | $11,508.16 |
| 000002 070 7100-00 | Massive Speed<br>2304 Spring Ridge Drive<br>Spring Grove, IL 60081 | Unsecured | | $1,078.03 | $0.00 | $1,078.03 |
| 000003 070 7100-00 | Chris Brabec<br>1814 North US 12<br>Spring Grove, IL 60081 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004A 080 7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $212.39 | $0.00 | $212.39 |
| | Case Totals: | | | $19,024.52 | $0.00 | $19,024.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71398
Case Name: AUTOMEKANICA INC
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $_____ | $_____ |
| Attorney for trustee: MCGREEVY WILLIAMS | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001B* | *Larry Phillips* | $ | $ |
| *000004B* | *Illinois Department of Revenue* | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001A* | *Larry Phillips* | $ | $ |
| *000002* | *Massive Speed* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chris Brabec | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .