# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUTOMEKANICA INC | § | Case No. 08-71398 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/02/2010 in Courtroom ,

United States Courthouse

211 S. Court St.

Rockford, IL  611

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue _____
                                                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:               §

                     §

AUTOMEKANICA INC     §     Case No. 08-71398

                     §

        Debtor(s)      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,733.75 |
| *and approved disbursements of* | $ | 6.56 |
| *leaving a balance on hand of*[1] | $ | 8,727.19 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ | 1,623.38 | $ | 0.00 |
| *Attorney for trustee: MCGREEVY* | | | | |
| *WILLIAMS* | $ | 2,319.00 | $ | 100.46 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,806.48  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001B | Larry Phillips | $ 2,425.00 | $ 2,425.00 |
| 000004B | Illinois Department of Revenue | $ 1,381.48 | $ 1,381.48 |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,586.19  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Larry Phillips | $ 11,508.16 | $ 802.68 |
| 000002 | Massive Speed | $ 1,078.03 | $ 75.19 |
| 000003 | Chris Brabec | $ 0.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 212.39  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004A | Illinois Department of Revenue | $ 212.39 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue _____
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jul 01, 2010.
```
db              Automekanica, Inc.,   1814 B North US 12,   Spring Grove, IL  60081
aty             Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty            +George P Hampilos,   Schirger, Monteleone, Hampilos,   308 West State Street,   Suite 210,
                 Rockford, IL 61101-1140
tr              Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
12342191       +Chris Brabec,   1814 North US 12,   Spring Grove, IL 60081-9357
12342192       +Corporate Collection,   Kent Automotive,   23220 Chagrin Blvd.,   Cleveland, OH 44122-5408
12342193       +Hoer Racing,   4802 Competition Lane,   Peoria, IL 61615-9659
14273254        Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12342194       +Insurance Services,   POB 20939,   Ferndale, MI 48220-0939
12204491        Larry Phillips,   % Steven Greely, Esq.,   P.O. Box 5,   Marengo, IL 60152-0005
12342195        Larry Phillips,   c/o Steven Greely, Esq.,   POB 5,   Marengo, IL 60152-0005
12342196       +Law office of Neil J. Anderson P.C.,   1927 Main St.,   Spring Grove, IL 60081-8851
12342197       +Massive Speed,   2304 Spring Ridge Drive,   Spring Grove, IL 60081-8646
12342198       +Matco Tools,   Manny Angeletos,   POB 821,   Huntley, IL 60142-0821
12342199        NCO Financial Systems, Inc.,   POB 17088,   Wilmington, DE 19850-7088
12342200       +Schaeffer's Oil,   102 Barton St.,   St. Louis, MO 63104-4729
12204490       +Schirger Monteleone &,   Hampilos PC,   308 West State St Suite 210,   Rockford, IL 61101-1140
12342201        Sexton's Auto Parts,   250 Route 173,   Antioch, IL 60002
12342190       +Snap On Equipment,   POB 98850,   Chicago, IL 60693-8850
12342202       +Snap On Tools,   John Faust,   527 Crest Drive,   Cary, IL 60013-2278
12342203       +Technical Automotive Group,   POB 98850,   Chicago, IL 60693-8850
12342204       +William Braithwaite, Esq.,   2800 West Higgins Road #425,   Hoffman Estates, IL 60169-7246
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
12204489*       Automekanica Inc,   1814 B North US 12,   Spring Grove, IL  60081
                                                                        TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2010**                    **Signature:**    _Joseph Speetjens_