# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
AUTOMEKANICA INC                    §        Case No. 08-71398
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LARRY PHILLIPS | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHRIS BRABEC | | | | | |
| LARRY PHILLIPS | | | | | |
| MASSIVE SPEED | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 08-71398 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | AUTOMEKANICA INC | | |

For Period Ending:  09/23/10

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 05/02/08 (f) |
| 341(a) Meeting Date: | 06/26/08 |
| Claims Bar Date: | 02/18/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account 1117747 | 350.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account 445006021 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE     INCLUDED W/ASSET #6 | 5,000.00 | 8,731.33 | | 8,731.33 | FA |
| 4. Trailer (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous office equipment | 750.00 | 0.00 | DA | 0.00 | FA |
| 6. Inventory, equipment, tools and supplies     SEE ITEM 3 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | 2.40 | | 2.42 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $42,100.00 | $8,733.73 | | $8,733.75 | $0.00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 07/01/09     Current Projected Date of Final Report (TFR): 10/01/10

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-71398 -MLB |
| Case Name: | AUTOMEKANICA INC |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1114  Money Market Account (Interest Earn |

Taxpayer ID No: *******4986
For Period Ending: 09/23/10

Blanket Bond (per case limit):  $  1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 916.33 | | 916.33 |
| 11/13/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 800.00 | | 1,716.33 |
| 11/28/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.09 | | 1,716.42 |
| 12/04/08 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 833.00 | | 2,549.42 |
| 12/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 2,549.54 |
| 01/28/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 833.00 | | 3,382.54 |
| 01/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,382.56 |
| 02/27/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,382.59 |
| 03/24/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. 9/8/08 | 1129-000 | 833.00 | | 4,215.59 |
| 03/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,215.62 |
| 04/14/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 833.00 | | 5,048.62 |
| 04/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 5,048.72 |
| 05/29/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,048.84 |
| * 06/15/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. | 1129-003 | 833.00 | | 5,881.84 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 6.56 | 5,875.28 |
| 06/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,875.42 |
| 07/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,875.55 |
| * 08/25/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL. NSF | 1129-003 | -833.00 | | 5,042.55 |
| 08/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,042.68 |
| 09/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,042.80 |
| 10/06/09 | 3 | CHRISTINE BRABEC 1814 N. US HWY 12 SPRING GROVE, IL  60081 | COURT ORDER INSTALLMENT | 1129-000 | 300.00 | | 5,342.80 |
| 10/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,342.93 |
| 11/30/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,343.07 |

Page Subtotals          5,349.63          6.56

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

Ver: 15.20

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-71398 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | AUTOMEKANICA INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1114  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4986 | | |
| For Period Ending: | 09/23/10 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 450.00 | | 5,793.07 |
| 12/10/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALLMENT | 1129-000 | 600.00 | | 6,393.07 |
| 12/16/09 | 3 | CHRISTINE BRABEC | COURT ORDER INSTALL | 1129-000 | 333.00 | | 6,726.07 |
| 12/31/09 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,726.23 |
| 01/29/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,726.40 |
| 02/26/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,726.55 |
| 03/23/10 | 3 | CHRISTINE BRABEC | SETTLEMENT PROCEEDS | 1129-000 | 2,000.00 | | 8,726.55 |
| 03/31/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,726.73 |
| 04/30/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,726.95 |
| 05/28/10 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,727.17 |
| 06/03/10 | 7 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,727.19 |
| 06/03/10 | | Transfer to Acct #*******1703 | Final Posting Transfer | 9999-000 | | 8,727.19 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 8,733.75 | 8,733.75 | | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,727.19 | | |
| Subtotal | 8,733.75 | 6.56 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 8,733.75 | 6.56 | | |

Page Subtotals          3,384.12          8,727.19

Ver: 15.20

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-71398  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | AUTOMEKANICA INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1703  GENERAL CHECKING |
| Taxpayer ID No: | *******4986 | | | |
| For Period Ending: | 09/23/10 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/10 | | Transfer from Acct #*******1114 | Transfer In From MMA Account | 9999-000 | 8,727.19 | | 8,727.19 |
| 08/17/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,623.38 | 7,103.81 |
| 08/17/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,319.00 | 4,784.81 |
| 08/17/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 100.46 | 4,684.35 |
| 08/17/10 | 000103 | Larry Phillips c/o Steven Greely, Esq. POB 5 Marengo, IL 60152-0005 | Claim 000001B, Payment 100.0% | 5600-000 | | 2,425.00 | 2,259.35 |
| 08/17/10 | 000104 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000004B, Payment 100.0% | 5800-000 | | 1,381.48 | 877.87 |
| 08/17/10 | 000105 | Larry Phillips c/o Steven Greely, Esq. POB 5 Marengo, IL 60152-0005 | Claim 000001A, Payment 7.0% | 7100-000 | | 802.68 | 75.19 |
| 08/17/10 | 000106 | Massive Speed 2304 Spring Ridge Drive Spring Grove, IL 60081 | Claim 000002, Payment 7.0% | 7100-000 | | 75.19 | 0.00 |

Page Subtotals        8,727.19        8,727.19

Ver: 15.20

Page:   4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-71398 -MLB |
| Case Name: | AUTOMEKANICA INC |
| Taxpayer ID No: | *******4986 |
| For Period Ending: | 09/23/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1703  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,727.19 | 8,727.19 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 8,727.19 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,727.19 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,727.19 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1114 | 8,733.75 | 6.56 | 0.00 |
| GENERAL CHECKING - *******1703 | 0.00 | 8,727.19 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 8,733.75 | 8,733.75 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                 0.00

Ver: 15.20